STEPHEN J. SORENSON, Acting United States Attorney (#3049).
D. LOREN WASHBURN, Assistant United States Attorney
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
CLERK, U S DISTRICT COURT

2006 MAR 15 P 5:49

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | **SEALED** |
| Plaintiff, : | INDICTMENT |
| vs. : | VIO. 26 U.S.C. § 7212(a) |
| DAVID J. D'ADDABBO, : | (Impede and Impair the IRS) |
| Defendant. : | |

**COUNT ONE**

Judge Dee Benson
DECK TYPE: Criminal
DATE STAMP: 03/15/2006 @ 14:50:23
CASE NUMBER: 2:06CR00147 DB

**THE GRAND JURY CHARGES:**

1.  That beginning on or about September 8, 2005, and continuing thereafter up to and including October 3, 2005, in the District of Utah, the Defendant, David J. D'Addabbo, did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by:

2.  On or about September 8, 2005, David J. D'Addabbo filed a petition with the United States Tax Court which warned, among other things, that if D. P., an employee of the IRS, persisted in his efforts to collect income taxes from Linda Lou D'Addabbo,

that D.P. would be "tried by a jury and your penalty will be sought for it to be death by firing squad."

3. On or about October 3, 2005, David J. D'Addabbo filed a second petition with the United States Tax Court that purported to order the IRS to return all monies collected from Linda Lou D'Addabbo and to stop all liens and levies. This order warned that if it was not complied with, anyone attempting to collect taxes would be tried by "a jury of common people. You then could be found guilty of treason and taken immediately to a firing squad."

All in violation of Title 26, United States Code, Section 7212(a).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

STEPHEN J. SORENSON
Acting United States Attorney

_____
D. LOREN WASHBURN
Assistant United States Attorney