STEPHEN J. SORENSON, Acting United States Attorney (#3049).
D. LOREN WASHBURN, Assistant United States Attorney
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2006 APR 12 P 6: 32

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | 2:06CR147DB |
|---|---|---|
| Plaintiff, | : | SUPERSEDING INDICTMENT |
| vs. | : | VIO.  26 U.S.C. § 7212(a) (Corrupt endeavor to obstruct the IRS) |
| DAVID J. D'ADDABBO, | : | 18 U.S.C. § 876(c) (Mailing threatening communications) |
|  | : | 18 U.S.C. § 115(a)(1)(B) |
| Defendant. |  | (Threatening a Federal Official) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(CORRUPT ENDEAVOR TO OBSTRUCT THE REVENUE LAWS)**
**(26 U.S.C. § 7212(a))**

1. That beginning on or about September 1, 2005, and continuing thereafter up to and including at least October 3, 2005, in the District of Utah, the Defendant, David J. D'Addabbo, did corruptly endeavor to obstruct and impede the due administration of the internal revenue laws by:

2. On or about September 1, 2005, David J. D'Addabbo signed and filed a petition with the United States Tax Court which warned, among other things, that if D. P., an employee

of the IRS, persisted in his efforts to collect income taxes from Linda Lou D'Addabbo, that D.P. would be "tried by a jury and your penalty will be sought for it to be death by firing squad."

3. On or about October 3, 2005, David J. D'Addabbo signed and filed a second petition with the United States Tax Court that purported to order the IRS to return all monies collected from Linda Lou D'Addabbo and to stop all liens and levies. This order warned that if it was not complied with, anyone attempting to collect taxes would be tried by "a jury of common people. You then could be found guilty of treason and taken immediately to a firing squad."

All in violation of Title 26, United States Code, Section 7212(a).

## COUNT TWO
## (MAILING THREATENING COMMUNCATIONS)
## (18 U.S.C. § 876(c))

On or about September 1, 2005 in the District of Utah, the defendant, David J. D'Addabbo, knowingly did deposit, and did aid and abet the deposit, in an authorized depository for mail matter, to be sent and delivered by the Postal Service and knowingly did cause to be delivered by the Postal Service according to the directions thereon, a written communication, addressed to the United States Tax Court, and containing a threat to injure the person and property of D.P., an employee of the Internal Revenue Service, an agency of the United States Government, by threatening that if D.P. persisted in attempting to collect taxes he would be "tried by a jury and your penalty will be sought for it to be death by firing squad."

All in violation of Title 18, United States Code, Sections 876(c) and 2.

## COUNT THREE
## (THREATENING A FEDERAL OFFICIAL)
## (18 U.S.C. § 115(a)(1)(B))

On or about March 19, 2006 in the District of Utah, the defendant, David J. D'Addabbo, did threaten to assault and murder Matt Richards, Special Agent with the office of the Treasury Inspector General for Tax Administration, with intent intimidate Special Agent Richards while he was engaged in his official duties and with intent to retaliate against Special Agent Richards on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT FOUR
## (THREATENING A FEDERAL OFFICIAL)
## (18 U.S.C. § 115(a)(1)(B))

On or about March 19, 2006 in the District of Utah, the defendant, David J. D'Addabbo, did threaten to assault and murder Andrew Austin, Special Agent with the office of the Treasury Inspector General for Tax Administration, with intent intimidate Special Agent Austin while he was engaged in his official duties and with intent to retaliate against Special Agent Austin on account of the performance of his official duties.

All in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

STEPHEN J. SORENSON
United States Attorney

D. LOREN WASHBURN
Assistant United States Attorney